U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL 14 AM 10: 32

CLERK
BY /s/ EH
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Ahammed Hossain, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-1412 |
| ) | |
| Director, U.S. Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER REOPENING CASE

A review of the docket in this case reveals the following:

1. On December 16, 2024, Plaintiff filed a Complaint against the Director of the United States Citizenship and Immigration Services. Plaintiff paid the filing fee, filed a Notice of Pro Se Appearance, and summonses were issued.

2. On May 5, 2025, the court ordered Plaintiff to file proof of timely service or to show good cause for the failure to serve process on or before June 6, 2025. Plaintiff was warned that if they "should fail to respond, the case must be dismissed under Rule 4(m)." (Doc. 3 at 2.)

3. On June 18, 2025, because the case had been pending for over six months and Plaintiff had failed to provide proof of timely service or to respond to the May 19 Order, the court issued an Order of Dismissal.

4. On June 27, 2025, Plaintiff filed proof of service.

The court offers no opinion on the adequacy of service, but finds the Plaintiff made a good faith, albeit untimely, effort to respond. As a result, the Order of Dismissal (Doc. 5) is VACATED, and this case is REINSTATED.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 14th day of July, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court